

IN THE
TENTH COURT OF APPEALS

No. 10-15-00092-CV

WILLIAM WINDSOR,

Appellant

v.

JOEYISALITTLEKID, ET AL,

Appellee

From the 378th District Court
Ellis County, Texas
Trial Court No. 88611

## O R D E R

Appellant's Motion Requesting Original Documents as Record, filed on June 18, 2015, is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed September 3, 2015

